# DeBOTTIS & SCHAAL

### Attorneys at Law
312 Broad Street, Oneida, NY 13421

Michel J. DeBottis  
Randy J. Schaal

MAIN PHONE    (315) 363-6800  
DIRECT PHONE  (315) 363-6888  
FAX            (315) 363-6801

May 14, 2010

United States Bankruptcy Court Clerk  
10 Broad Street  
Room 230  
Utica, NY 13502

Re: Lori K. McGargill  
    Bankruptcy Case No. 08-62373

Dear Sirs:

Enclosed please find Check No. 10117 in the amount of $906.97 and Check No. 10118 in the amount of $87.67 made payable to the United States Bankruptcy Court f/b/o Akron Medical Center. Said checks were originally sent to Akron Medical Center, Potomic Street, Aurora, CO 80012 and were not cashed within 90 days of the date of issue.

Sincerely,

Randy J. Schaal  
Bankruptcy Trustee

5/18/10

RJS/kg  
Enc.

FILED

MAY 1 8 2010

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

2010 MAY 18 AM 10:45

RECEIVED